### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JOSE GUADALUPE LOPEZ RAMIREZ,

    Plaintiff,

v.   CASE NO. 4:12cv588-SPM/CAS

TRACY BLACKBURN, et aL.,

    Defendants.

_____/

### O R D E R

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 8, 2012.  (Doc. 3).  No objections have been filed.  Having considered the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is TRANSFERRED to the United States District Court for the Central District of California for all further proceedings.

**DONE AND ORDERED** this 11th day of December, 2012.

        s/ *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**